UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAMBETH HOUSE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-0608** |
| **LIBERTY RESTORATION GROUP, LLC, ET AL.** | **SECTION: "N" (4)** |

## ORDER

Presently before the Court is the September 24, 2009 Report and Recommendation (Rec. Doc. 493) of United States Magistrate Judge Karen Wells Roby. The Court has been informed that Defendant Southern American Insurance Agency, Inc. ("Southern American") does not object to the Report and Recommendation, or the Court's consideration of it prior to the termination of the objection period. Plaintiff has filed a response to the Report and Recommendation. *See* Rec. Doc. 494. Given the foregoing, the Court will not delay its consideration of the Report and Recommendation.

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation, as well as Plaintiff's response. The Court hereby approves the Report and Recommendation and, except as stated herein, adopts it as its opinion in this matter. Accordingly, **IT IS ORDERED** that Plaintiff's "Motion for Attorney Fees and Costs" (Rec. Doc. 416) is **DENIED WITHOUT PREJUDICE.**

Given that this matter was referred to the Magistrate Judge for preparation of a Report and Recommendation as to the appropriate amount of attorney's fees and costs to be awarded in April

2009, the Court desires to have any remaining issues in this matter determined in an expeditious fashion. Accordingly, **IT IS ORDERED** that, on or before Thursday, October 8, 2009, Southern American shall respond to Plaintiff's response to the Magistrate Judge's Report and Recommendation. *See* Rec. Doc. 494. Southern American's submission shall not exceed ten (10) pages in length. It also must state whether Southern American agrees or disagrees with Plaintiff's assertion that this Court has already decided the issue identified in the September 24, 2009 Report and Recommendation as preventing the Magistrate Judge from recommending an amount of attorney's fees and costs to be awarded.

In addition, if Southern American agrees that this Court has already decided the issue, it must explain why that decision now bears reconsideration. If Southern American disagrees, it must explain the basis for that assertion and why the issue was not previously addressed to this Court. Upon receipt of Defendant's submission, the Court shall promptly decide how to proceed.

New Orleans, Louisiana, this 30th day of September 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**