UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAMBETH HOUSE, INC. | CIVIL ACTION |
| VERSUS | NO.  07-608<br>c/w   08-4967 |
| LIBERTY RESTORATION GROUP, LLC, ET AL. | SECTION  "N"  (4) |

### ORDER AND REASONS

Presently before the Court is the Motion to Stay Judgment and to Fix Amount of Supersedeas Bond (Rec. Doc. 547) filed by Defendant Southern American Insurance Agency. Having carefully considered the parties' submissions, **IT IS ORDERED** that the motion is **DENIED**. On the showing made, and in the absence of affirmative commitments by Southern American's insurers that they will <u>and</u> are financially able to pay the judgment rendered against Southern American if it is affirmed on appeal, the Court declines to the grant the relief sought with the motion.

New Orleans, Louisiana, this 1st day of December 2010.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

1